```
                IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF OREGON

                          PORTLAND DIVISION
```

JOSEPH B. PARKER,                                      CV.11-467-HZ

        Petitioner,

    v.                                              ORDER TO DISMISS

STEVE FRANKE,

        Respondent.

HERNANDEZ, District Judge.

    Petitioner filed this habeas corpus action pursuant to 28 U.S.C. § 2254. Before the Court is Petitioner's Motion to Voluntarily Dismiss the petition [21]. Petitioner's Motion to Dismiss is GRANTED, and this action is DISMISSED without prejudice.

    IT IS SO ORDERED.

    DATED this 2nd day of January, 2012.

                                                         /s/ Marco A. Hernandez
                                                        Marco A. Hernandez
                                                        United States District Judge

1 - ORDER TO DISMISS